UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALD DOYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRE BRANDS, INC., and BUFFALO WILD WINGS, INC.,<br><br>Defendants. | Case No. 0:19-cv-1441-JNE-BRT |

**STIPULATION OF DISMISSAL**

Plaintiff Gerald Doyen ("Plaintiff") and Defendant Inspire Brands, Inc., and Buffalo Wild Wings, Inc. ("Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| **CARLSON LYNCH, LLP** | **ALSTON & BIRD LLP** |
|---|---|
| */s/ R. Bruce Carlson* <br> R. Bruce Carlson <br> Kelly K. Iverson <br> Bryan A. Fox <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh PA, 15222 <br> (412) 322-9243 (Tel.) <br> bcarlson@carlsonlynch.com <br> kiverson@carlsonlynch.com <br> bfox@carlsonlynch.com | /s/ *Brett E. Coburn* <br> Brett E. Coburn <br> brett.coburn@alston.com <br> Charles H. Morgan <br> charlie.morgan@alston.com <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, GA 30309-3424 <br> Phone:  (404) 881-7000 |
| Chad A. Throndset <br> chad@throndsetlaw.com <br> Patrick W. Michenfelder <br> pat@throndsetlaw.com <br> **THRONDSET MICHENFELDER, LLC** <br> One Central Avenue West <br> Suite 203 <br> St. Michael, MN 55376 <br> Tel: (763) 515-6110 <br> Fax: (763) 226-2515 <br><br> *Attorneys for Plaintiff* | Charles A. Roach <br> croach@fordharrison.com <br> **FORD HARRISON, LLP** <br> 150 South Fifth Street - Suite 3460 <br> Minneapolis, MN 55402 <br> (612) 486-1631 <br><br> *Attorneys for Defendants* |