UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gerald Doyen, individually and on behalf of all others similarly situated, | Civil No. 19-1441 (JNE/BRT) |
| Plaintiff, | |
| v. | ORDER |
| Inspire Brands, Inc., and Buffalo Wild Wings, Inc., | |
| Defendants. | |

On December 4, 2019, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 29]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: December 10, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge